UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 29579
    RICHARD D PEARSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-9883

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/31/08 .

    2.  The case was dismissed without confirmation, 12/05/2008.

------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00        .00        .00
PRINCIPAL PAID          .00        .00         .00        .00        .00
INTEREST PAID           .00        .00         .00        .00        .00
TOTAL PAID              .00        .00         .00        .00        .00
The Debtor's attorney, BECKER & BECKER           , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

    Dated: 03/13/09                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE  2
     CASE NO. 08 B 29579 RICHARD D PEARSON
```